WILLIAM L. ANKERMAN *v.* COMMISSIONER OF
CORRECTION

The petitioner William L. Ankerman's petition for certification for appeal from the Appellate Court, 104 Conn. App. 649 (AC 27688), is denied.

NORCOTT and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*William L. Ankerman*, pro se, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided January 31, 2008